MEREDITH OSBORN, CA Bar # 250467
Email: meredith.osborn@cfpb.gov
Phone: (415) 645-6615
MAXWELL PELTZ, CA Bar # 183662
Email: maxwell.peltz@cfpb.gov
Phone: (415) 633-1328
MELANIE HIRSCH, DC Bar # 989310
Email: melanie.hirsch@cfpb.gov
Phone: (202) 435-8944
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Petitioner
Consumer Financial Protection Bureau

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br>v.<br><br>GREAT PLAINS LENDING, LLC, MOBILOANS, LLC & PLAIN GREEN, LLC,<br><br>Respondents. | Case No. CV14-02090-MWF(PLAx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT FULLY COMPLY WITH PETITIONER'S CIVIL INVESTIGATIVE DEMANDS |

Petitioner, the Consumer Financial Protection Bureau (Bureau), has applied to this Court for an Order requiring Respondents Great Plains Lending, LLC, MobiLoans, LLC, and Plain Green, LLC (collectively, Respondents) to comply with the Civil Investigative Demands (CIDs) issued to Respondents on June 12, 2012.

1

1  The Court has considered the Bureau's Petition for an Order enforcing its CIDs and
2  the papers filed in support thereof.
3  It is therefore ORDERED that Respondents appear before the Court on
4  _April 28_____, 2014, at _11:30am_ in Courtroom _600_, United States Courthouse,
5  _312 N. Spring St, 16th Floor, Los Angeles_, California, and show cause why an
6  order should not issue from this Court requiring compliance with the CIDs.
7  It is further ORDERED that:
8  1. A copy of this Order, together with the petition and its exhibits, shall be served
9     upon Respondents or their counsel by personal service, by certified or registered
10    mail return receipt requested, by overnight delivery service, or if upon counsel,
11    electronically by email.
12 2. Proof of service completed pursuant to paragraph 1, above, shall be filed with the
13    Clerk as soon as possible.
14 3. If Respondents have any defense to present or opposition to the petition, such
15    defense or opposition shall be made in writing and filed with the Clerk, with
16    copies served on counsel for the Bureau, within 21 days after Respondent has been
17    served with this Order pursuant to paragraph 1. The Bureau may file a reply brief
18    within 14 days after the Respondents have filed any opposition.
19 4. At the show cause hearing, only those issues brought into controversy by the
20    responsive pleadings and factual allegations supported by affidavit will be
21    considered. Any uncontested allegation in the petition will be considered admitted.

Dated: _March 20, 2014_            _____
                                   UNITED STATES DISTRICT JUDGE

2