MAXWELL PELTZ, CA Bar # 183662
Email: maxwell.peltz@cfpb.gov
Phone: (415) 633-1328
VANESSA BUCHKO, *pro hac vice*
Email: vanessa.buchko@cfpb.gov
Phone: (202) 435-9593
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Petitioner
Consumer Financial Protection Bureau

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>GREAT PLAINS LENDING, LLC, MOBILOANS, LLC, and PLAIN GREEN, LLC,<br><br>Respondents. | No. 2:14-cv-02090-MWF-PLA<br><br>The Hon. Michael W. Fitzgerald<br><br>**JOINT STATUS REPORT** |

Counsel for Petitioner Consumer Financial Protection Bureau and counsel for Respondents Great Plains Lending, LLC, MobiLoans, LLC, and Plain Green, LLC, jointly submit this status report regarding the status of the appeal, docketed as Case No. 14-55900 in the U.S. Court of Appeals for the Ninth Circuit.

Briefing in the appeal was completed on March 20, 2015. Oral argument was held on June 6, 2016. The Ninth Circuit has not yet issued its decision.

| | | |
|---|---|---|
| Dated: November 16, 2016 | | CONSUMER FINANCIAL PROTECTION BUREAU |
| | By: | /s/ Vanessa Buchko |
| | | VANESSA BUCHKO, *pro hac vice* |
| | | vanessa.buchko@cfpb.gov |
| | | MAXWELL PELTZ, CA Bar # 183662 |
| | | maxwell.peltz@cfpb.gov |
| | | 1700 G Street NW |
| | | Washington, DC 20552 |
| | | T  (202) 435-9593 |
| | | F  (202) 435-7722 |
| | | *Attorneys for Petitioner* |
| Dated: November 16, 2016 | | HOGAN LOVELLS |
| | By: | /s/ Barry Thompson |
| | | Barry Thompson, CA Bar # 150349 |
| | | barry.thompson@hoganlovells.com |
| | | 1999 Avenue of the Stars, Ste. 1400 |
| | | Los Angeles, CA 90067 |
| | | T  (310) 785-4600 |
| | | F  (310) 785-4601 |
| | | Neal Kumar Katyal, *pro hac vice* |
| | | neal.katyal@hoganlovells.com |
| | | 555 Thirteenth Street, NW |
| | | Washington, DC 20004 |
| | | T  (202) 637-5600 |
| | | F  (202) 637-5910 |
| | | *Attorneys for Respondents* |

CERTIFICATION REGARDING MULTIPLE SIGNATURES

    I hereby certify that all signatories listed, and on whose behalf this Joint Status Report is submitted, concur in the Joint Status Report's content and have authorized its filing.

> By: /s/ Vanessa Buchko
> Vanessa Buchko
> Attorney for Petitioner